UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHAMONT L SAPP, <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM et al., <br><br> Defendant. | CASE NO. 25-cv-01499-JHC <br><br> ORDER |

This matter comes before the Court sua sponte.  Pro se Plaintiff Shamont Sapp filed a proposed Complaint, Dkt. # 1, on August 7, 2025.  But Plaintiff failed to pay the filing fee or submit an in forma pauperis (IFP) application.  *See* Dkt. # 3.  The Court then directed Plaintiff to pay the filing fee or submit an IFP application by September 8, 2025.  *Id.*  Several months later, he has still failed to do so.  Thus, the Court DISMISSES this action without prejudice.

Dated this 30th day of December, 2025.

John H. Chun
United States District Judge

ORDER - 1